IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO: 3:97-CR-065 |
| vs. | ) |
| | ) |
| TAISHA M. RANKINS, | ) JUDGE RICE |
| SSN: XXX-XX-2296 | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| PeaTec Communication, Inc. | ) |
| Garnishee. | ) |

## ORDER QUASHING THE
## WRIT OF CONTINUING GARNISHMENT

Upon Plaintiff's Motion to Quash Writ of Continuing Garnishment and pursuant to the provisions of 28 U.S.C. §3205(10), and for good cause showing that the Garnishee in this action is in no manner liable as Garnishee,

**IT IS HEREBY ORDERED** that the December 21, 2011 Writ of Continuing Garnishment against the property of Taisha M. Rankins be quashed.

Date: 1-24-12

UNITED STATES MAGISTRATE JUDGE