IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO: 3:97-CR-065 |
| vs. | ) |
| | ) |
| TAISHA M. RANKINS, | ) JUDGE RICE |
| | ) |
| SSN: XXX-XX-2296 | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| PAETEC COMMINUNICATIONS, INC.,/ | ) |
| WINDSTREAM | ) |
| | ) |
| Garnishee. | ) |

## ORDER QUASHING THE
## WRIT OF CONTINUING GARNISHMENT

Upon Plaintiff's Motion to Quash Writ of Continuing Garnishment and pursuant to the provisions of 28 U.S.C. §3205(c)(10), and for good cause showing that the Defendant is no longer employed by the Garnishee,

**IT IS HEREBY ORDERED** that the November 26, 2012 Writ of Continuing Garnishment against the property of TAISHA M. RANKINS be quashed.

Date: 1-18-13

_____
UNITED STATES DISTRICT JUDGE